# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00352-CR

**The State of Texas, Appellant**

**v.**

**Mary Guthrie Nelson, Appellee**

## FROM THE COUNTY COURT AT LAW NO. 2 OF TOM GREEN COUNTY
## NO. 05-03616L2, HONORABLE PENNY ANNE ROBERTS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The State appeals an order granting Mary Guthrie Nelson's motion to suppress evidence. Before us is the State's motion to remand for findings of fact and conclusions of law. The motion is granted.

Upon the request of the losing party on a motion to suppress evidence, the court must state for the record its essential findings, that is, the court must make findings of fact and conclusions of law adequate for appellate review of the trial court's application of the law to the facts. *State v. Cullen*, No. PD-984-05, 2006 Tex. Crim. App. LEXIS 1281, at *7-8 (Tex. Crim. App. June 28, 2006). In the instant cause, the State's request for findings and conclusions was made to and refused by the trial court before *Cullen* was announced, but the court's refusal is remediable. *Id*.; *see* Tex. R. App. P. 44.4(b).

The appeal is abated. The trial court shall prepare and file written findings of fact and conclusions of law stating the basis for its ruling on the motion to suppress. The findings and conclusions shall be forwarded to this Court in a supplemental record no later than August 25, 2006.

_____

G. Alan Waldrop, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Filed:   August 3, 2006

Do Not Publish